```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF nEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    -against-

JOHN DOE, and CAFE 22, INC. d/b/a CAFE 22,

        Defendants.

---

06 Civ. 1695 (JGK)(HBP)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Pitman dated July 15, 2008. No objections to the Report were filed and the time for filing such objections has passed. The Court therefore adopts the Report and Recommendation. The Report and Recommendation is also well founded with respect to its recommendation for the entry of an award of $2,600 for the plaintiff and against the defendant Cafe 22, Inc. ("Cafe 22"). To the extent that the Report suggests that injunctive relief may be appropriate, the Court will not grant such relief because it was not requested in the original order to show cause for a default judgment.

CONCLUSION

Therefore, the Court directs the Clerk to enter Judgment in favor of the plaintiff and against the defendant Cafe 22 in the amount of $2,600. The Court directs the Clerk to dismiss the



action against the John Doe defendant who has not been served, and to close this case.

SO ORDERED.

Dated: New York, New York
July 31, 2008

John G. Koeltl
United States District Judge